# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA BROWN,<br><br>           Petitioner,<br><br>  v.<br><br>DEBRA PATRICK, Warden,<br><br>           Respondent. | 1:07-CV-00352 LJO GSA HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #20]<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. She is represented in this action by Eric C. Smith, Esq., and Margaret G. May, Esq., of the law offices of Covington and Burling.

      On June 16, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

      On July 16, 2008, Petitioner filed objections to the Findings and Recommendation. Petitioner first contends the Magistrate Judge applied the wrong standard of review. The Magistrate Judge applied the AEDPA standard as set forth in 28 U.S.C. § 2254(d). Petitioner argues the less

deferential standard of review set forth in Delgado v. Lewis, 223 F.3d 976, 982 (9th Cir.2000), should have been applied, because the state court failed to provide a reasoned decision for its denial. Petitioner's argument is not persuasive. The Madera County Superior Court specifically applied the "some evidence" standard in concluding the hearing officer's decision was supported. See Answer, Exhibit D.

Petitioner also faults the Magistrate Judge for failing to consider additional evidence not presented to the hearing officer. This evidence consisted of a declaration from Petitioner and a declaration from eyewitness Lisa Bowers. The hearing officer considered Petitioner's statements in his/her decision, and Lisa Bowers refused to testify at the hearing. While the Court is tasked with reviewing the record, the Court need not examine the entire record, independently assess the credibility of witnesses, or re-weigh the evidence. Sass v. California Board of Prison Terms, 461 F.3d 1123, 1128 (9th Cir.2006). Rather, this Court must determine whether the state court was unreasonable in finding "some evidence" supported the disciplinary hearing officer's decision. The Magistrate Judge properly concluded that the state court was not unreasonable.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 16, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;
3. The Clerk of Court is DIRECTED to enter judgment; and
4. As this petition challenges a prison disciplinary hearing, a certificate of appealability is not required. Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

IT IS SO ORDERED.

**Dated:   August 5, 2008**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE